1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                    FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   CONNECTICUT GENERAL LIFE INSURANCE )
    COMPANY,                          )        2:09-cv-02058-GEB-DAD
8                                     )
         Plaintiff-in-Interpleader,   )
9                                     )
              v.                      )        ORDER CONTINUING STATUS
10                                    )        (PRETRIAL SCHEDULING)
    BRIAN R. PORTER; CHARLES W.       )        CONFERENCE; RULE 4(M)
11  NICHOLS, as Co-Trustee of the LeAnn)       NOTICE
    P. Porter Revokable Living Trust; )
12  BETTY JANE NICHOLS, as Co-Trustee )
    of the LeAnn P. Porter Revokable  )
13  Living Trust,                     )
                                      )
14       Defendants-in-Interpleader.  )
    _____)

15          The joint status report filed on November 2, 2009 indicates

16  Defendants Charles W. Nichols and Betty Jane Nichols have been served

17  with process in this interpleader action but have failed to respond to

18  the summons.  Plaintiff fails to propose a meaningful schedule as to

19  those two defendants.  Therefore, the status conference is continued

20  to December 14, 2009.  A further joint status report shall be filed no

21  later than fourteen (14) days prior to status conference.  Plaintiff

22  shall also explain in that joint status report whether a minor is a

23  defendant in this action.

24          Further, Plaintiff is **notified under Rule 4(m)** of the

25  Federal Rules of Civil Procedure **that any defendant not served with**

26  **process within the 120 day period prescribed in that Rule will be**

27  **dismissed as a defendant in this action unless Plaintiff provides**

28  **proof of service and/or "shows good cause for the failure" to serve**

**within this prescribed period in a filing due no later than 4:00 p.m.**

**on November 20, 2009.**

          IT IS SO ORDERED.

Dated:  November 10, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge