IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CONNECTICUT GENERAL LIFE      )
INSURANCE COMPANY,            )   2:09-cv-02058-GEB-KJN
                              )
          Plaintiff,          )
                              )   ORDER
     v.                       )
                              )
BRIAN R. PORTER; CHARLES W.   )
NICHOLS, as Co-Trustee of the )
LeAnn P. Porter Revokable Living )
Trust; BETTY JANE NICHOLS, as )
Co-Trustee of the LeAnn P.    )
Porter Revokable Living Trust,)
                              )
          Defendants.         )
_____)
```

The parties or a party shall explain in a writing to be filed no later than 4:00 p.m. on December 20, 2010:

1) Why the proposed judgment in interpleader filed on December 9, 2010 seeking a partial judgment is sought under Federal Rule of Civil Procedure 54(b);

2) Why the court should enter a partial judgment; and

3) Whether the proposed order accounts for the registry fund fee assessed under Local Rule 150(i), and if not, why not;

///
///

1

4) What issues and parties will remain in this case should a partial judgment be entered as requested.

IT IS SO ORDERED.

Dated:  December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

4) What issues and parties will remain in this case should a partial judgment be entered as requested.

IT IS SO ORDERED.

Dated:  December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge